IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHAT DANG | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GEICO SECURE INSURANCE CO. | : | NO. 23-2311 |

# **O R D E R**

AND NOW, this   14th   day of March, 2024, upon consideration of Plaintiff's Motion in Limine on the matter of factual causation (Doc.20), the response (Doc. 21), the defense expert's report (Doc. 21-1 at 16-19), and for the reasons stated in the accompanying Memorandum, IT IS HEREBY ORDERED that the Motion in Limine is DENIED.

BY THE COURT:

/s/ Elizabeth T. Hey_____
ELIZABETH T. HEY, U.S.M.J.